# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN EDWARD KAYE, <br><br> Plaintiff, <br><br> v. <br><br> THE SUPERIOR COURT OF CALIFORNIA, et al., <br><br> Defendants. | Case No. SA CV 18-01520 JSL (AFM) <br><br> **JUDGMENT** |

In accordance with the Order Summarily Dismissing Action As Duplicative, IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: September 11, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE